IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE RAY JONES,

        Plaintiff,                  No. 2:10-cv-3323 KJN P

    vs.

ROBERT I. BAYSPINGER, et al.,

        Defendants.          ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of January 7, 2011. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 24, 2011 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: February 1, 2011

                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

jone3323.36