IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE RAY JONES,

      Plaintiff,                    No. 2:10-cv-3323 KJN P

      vs.

ROBERT I. BAYSPINGER, et al.,

      Defendants.              <u>ORDER</u>

_____/

      Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of January 7, 2011. Good cause appearing, the request will be granted. No further extensions of time will be granted.

      IT IS HEREBY ORDERED that:

      1. Plaintiff's February 25, 2011 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. No further extensions of time will be granted.

DATED: March 7, 2011

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

jone3323.36sec